# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation)

v.

Case Number: **1:12-CR-00073-001**

**JARED POOL**
a/k/a Jared Blake Pool

USM Number: **12637-003**

**Kenneth A. Nixon, Esquire**
**Daniel W. Uhlfelder, Esquire**
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of conditions Statutory, 7, & 6 as set forth in the petition dated 5/10/2016 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | New Offense | 04/07/2016 |
| 7 | Technical | |
| 6 | Technical | |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**June 30, 2016**
Date of Imposition of Judgment

**/s/  Callie V. S. Granade**
Signature of Judge

**CALLIE V. S. GRANADE**
**SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**July 13, 2016**
Date

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 2 of 6

DEFENDANT:          JARED POOL
CASE NUMBER:        1:12-CR-00073-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TIME SERVED**.

☐     The court makes the following recommendations to the Bureau of Prisons:

☒     The defendant is to be released from custody once he has been processed by the United States Marshal.
☐     The defendant shall surrender to the United States Marshal for this district:

   ☐     at                          ☐  a.m.      ☐  p.m.      on

   ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐     before 2 p.m. on
   ☐     as notified by the United States Marshal.
   ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:


   Defendant delivered on _____ to

at _____, with a certified copy of this judgment.



                                                         UNITED STATES MARSHAL

                                       By
                                          _____
                                                    DEPUTY UNITED STATES MARSHAL

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                                                  Judgment -- Page 3 of 6

DEFENDANT:          JARED POOL
CASE NUMBER:        1:12-CR-00073-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **THIRTY-FIVE (35) months.**

 Special Conditions:
1) The defendant shall participate in a program of testing and treatment for alcohol abuse as directed by the Probation Office.

2) The defendant shall participate in a mental health program with emphasis on anger management as directed by the Probation Office.

3) The defendant is prohibited from making major purchases, incurring new credit charges, or opening additional lines of credit without the permission of the Probation Officer, until such time as the financial obligations imposed by this court have been satisfied in full.

4) The defendant shall perform 200 hours of community service (less any hours previously served) as directed by the Probation Office.

5) The defendant shall provide the Probation Office access to any requested financial information.

6) The defendant shall make restitution as set forth on Sheets 5, Part A & 5, Part B of this Judgment.

7) The defendant shall be subject to financial investigations so that his minimum monthly restitution payments may be adjusted according

r offenses committed on or after September 13, 1994: The defendant shall refrain from any unlawful use of a controlled
ostance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug
ts thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future
   substance abuse.  *(Check, if applicable.)*
☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, is a
   student, as directed by the probation officer.  *(Check, if applicable.)*
☐ The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*
☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

this judgment imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such
e or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of
yments set forth in the Criminal Monetary Penalties sheet of this judgment.  The defendant must report to the probation office in the
strict to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**he defendant shall not commit another federal, state or local crime.**
**he defendant shall not illegally possess a controlled substance.**
**he defendant shall comply with the standard conditions that have been adopted by this court.**
**he defendant shall also comply with the additional conditions on the attached page.**

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 4 of 6

DEFENDANT:          JARED POOL
CASE NUMBER:        1:12-CR-00073-001

> **See Page 4 for the**
> **"STANDARD CONDITIONS OF SUPERVISION"**

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 5 of 6

DEFENDANT:          JARED POOL
CASE NUMBER:        1:12-CR-00073-001

# CRIMINAL MONETARY PENALTIES

   The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth
on Page 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** |  |  | **$118,000.00 |

☐   The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO245C)* will be
    entered after such determination.

☒   The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise
in the priority order or percentage payment column below. (or see attached)  However, pursuant to 18 U.S.C. § 3644(i), all non-federal
victims must be paid in full prior to the United States receiving payment.

| **Name and Address of Payee** | **Amount of Restitution Ordered** |
|---|---|
| Rockwell Automation | **$118,000.00** |
| Attn:  Pat Sanjenis, Associate General Counsel | |
| & Chief Privacy Officer Investigative Counsel | |
| Legal Department E-7F19 | |
| 1201 South Second Street | |
| Milwaukee, WI  53204-2496 | |
| **TOTAL** | **$118,000.00** |

☒   If applicable, restitution amount ordered pursuant to plea agreement $ 118,000.00**
☐   The defendant must pay interest on any fine or restitution of more than $2,500, unless the restitution or fine is paid in full before
    the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Page 6 may be
    subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).
☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒   the interest requirement is waived for the    ☐ fine    ☒ restitution
    ☐   the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

**Less any payments previously made.

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 6 of 6

DEFENDANT:          JARED POOL
CASE NUMBER:        1:12-CR-00073-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☒  Lump sum payments of $ 118,000.00 (less any payments previously made) due immediately, balance due ☐ not later than
_____, or

☒  in accordance with    ☐  C,    ☐  D,    ☐  E, or    ☒  F below; or

**B**  ☐  Payment to begin immediately (may be combined with    ☐  C,    ☐  D, or    ☐  F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment
to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release
from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
**Restitution is due immediately and payable in full, and is to be paid through the Clerk, U.S. District Court.  As a
special condition of supervised release, the Probation Office shall pursue collection of any balance remaining in
installments to commence no later than 30 days after the date of sentencing.  If restitution is to be paid in
installments, the court orders that the defendant make at least minimum monthly payments in the amount  of
$200.00.  No interest is to accrue on this debt.  The defendant is ordered to notify the court of any material change
in his ability to pay restitution.  The Probation Office shall request the court to amend any payment schedule, if
appropriate.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.
☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.